IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

1:CV00-0775

FILED
SCRANTON

APR 28 2000

Dale Arnold
      petitioner

    v

Frederick Frank, et. al.
     respondent

Case No. _____

PER _____
   DEPUTY CLERK

RECEIVED
SCRANTON

APR 20 2000

PER _____
   DEPUTY CLERK

### Motion For Appoinment of Counsel

Now comes, Petitioner, Dale Arnold, acting pro-se, and respectfully submits this motion for appointment of counsel, and represents the following in support thereof,

1. This is petitioner's first petition for writ of Habeas Corpus.

2. Petitioner is a layman in the law with limited education.

3. This petition for writ of Habeas Corpus contains numerous issues, many of which contain complex legal arguments.

4. In order for petitioner to present these issues in an adequate manner, and to receive a full and fair hearing, Petitioner would need representation by counsel.

5. Petitioner is indigent, and has proceeded in Forma Pauperis at every stage in these proceeding since his arrest.

6. There has been no substantial change in petitioner's financial situtation since his arrest.

7. Petitioner is not represented by counsel at this moment, and cannot afford to hire counsel of his choosing.

Wherefore, based on the forgoing, Petitioner, Dale Arnold, respectfully request that this Honorable Court to appoint counsel to represent him on this Petition for writ of Habeas Corpus.

Respectfully Submitted,

Date: April 14, 2000

*R. R. Arnold*

Dale Arnold
AK-5044
1100 Pike Street
Huntingdon, Penna.
16654-1112