Dale Arnold
AK-5044, S.C.I.-Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

May 15, 2000

Mary E. D'Andrea,
Clerk of Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA

MAY 18 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE: Dale Arnold, Petitioner V. Frederick Frank, Bradford
County District, Attorney General of The Commonwealth
of Pennsylvania, Respondents Civil NO. 1:00-cv-0775.

Dear Ms. D'Andrea:

This correspondence is in response to the Court's order dated May 9, 2000 by J. Andrew Smyser, Magistrate Judge.

This is to inform the Court that I wish to have my petition ruled upon as filed which is as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Please note that this is my first and only petition for a writ of habeas corpus.

Thank you for your attention to the foregoing.

Very truly yours,

*Dale R. Arnold*

Dale Arnold, Petitioner