

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE ARNOLD, | CIVIL NO. 1:00-CV-0775 |
| Petitioner | (Judge Kane) |
| v. | (Magistrate Judge Smyser) |
| FREDERICK FRANK, BRADFORD COUNTY DISTRICT, ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | **FILED** HARRISBURG, PA |
| Respondents | MAY 18 2000 |

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>ORDER</u>

Petitioner having paid the $5.00 filing fee, **IT IS ORDERED** that:

1. The Clerk is directed forthwith to serve a copy of the petition and this Order by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the District Attorney of Bradford County, Pennsylvania.

2. Respondents, on or before **June 7, 2000**, shall respond to the petition for writ of habeas corpus in the manner required by Rule 5, 28 U.S.C.A. foll. §2254:

> The answer shall respond to the allegations of the petition. In addition it shall state whether the petitioner

AO 72A

has exhausted his state remedies including any post-conviction remedies available to him under the statutes or procedural rules of the state and including also his right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceeding. The answer shall indicate what transcripts (of pretrial, trial, sentencing, and post-conviction proceedings) are available, when they can be furnished, and also what proceedings have been recorded and not transcribed. There shall be attached to the answer such portions of the transcripts as the answering party deems relevant. The court on its own motion or upon request of the petitioner may order that further portions of the existing transcripts be furnished or that certain portions of the nontranscribed proceedings be transcribed and furnished. If a transcript is neither available nor procurable, a narrative summary of the evidence may be submitted. If the petitioner appealed from the judgment of conviction or from an adverse judgment or order in a post-conviction proceeding, a copy of the petitioner's brief on appeal and of the opinion of the appellate court, if any, shall also be filed by the respondent with the answer.

3. A determination as to whether there will be a hearing will be made after the filing of a response.

4. Petitioner may, if he so desires, file a reply to the response within ten (10) days of its filing.

5. The Clerk is directed to note the address of the District Attorney of Bradford County, Pennsylvania, on the front of the docket sheet in this case. All documents filed by the

2

parties and by the Court shall be served upon the District Attorney and the Office of Attorney General.

                                              /s/ J. Andrew Smyser
                                              J. Andrew Smyser
                                              Magistrate Judge

Dated:   May 18, 2000.

3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 18, 2000

Re:  1:00-cv-00775   Arnold v. Frank

True and correct copies of the attached were mailed by the clerk to the following:

    Dale Arnold
    SCI-H
    SCI at Huntingdon
    AK-5044
    1100 Pike Street
    Huntingdon, PA  16654-1112

```
cc:
Judge                        (  )
Magistrate Judge             (✓)
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  ) with N/C attached to complt. and served by:
                                  U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5          (  )
Order to Show Cause          (✓) with Petition attached & mailed certified mail
                                  to:  US Atty Gen    (  )   PA Atty Gen (✓)
                                       DA of County   (  )   Respondents (✓)

Bankruptcy Court             (  )
Other_____        (  )
```

MARY E. D'ANDREA, Clerk

DATE: _5/18/00_                                    BY: _____
                                                       Deputy Clerk

**Z 355 013 255**

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | Mike Fisher |
| Street & Number | G/R PL |
| Post Office, State, & ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 5/18/00 |

PS Form 3800, April 1995

---

**Z 355 013 251**

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | Frederick Frank |
| Street & Number | 1100 Pike St |
| Post Office, State, & ZIP Code | Huntingdon |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 5/18/00 |

PS Form 3800, April 1995

---

**Z 355 013 210**

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | Francis Filipi |
| Street & Number | 15472 R.C. |
| Post Office, State, & ZIP Code | NB9 |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 5/18/00 |

PS Form 3800, April 1995

---

**Z 355 013 254**

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | Steven Downs |
| Street & Number | Courthouse Main St |
| Post Office, State, & ZIP Code | Towanda PA 18848 |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 5/18/00 |

PS Form 3800, April 1995