FILED
HARRISBURG, PA

JUN 0 5 2000

MARY E. D'ANDREA, CLERK
Per _____ STS
         Deputy Clerk

1-00-cv-775

S. Cause order
5/18/00

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) \| B. Date of Delivery<br>C. Signature<br>X Phuocnguyen   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Mr. Francis Filipi, Deputy Attorney General<br>15th Floor, Strawberry Square<br>Harrisburg, Pa. 17120 | MAY 22 2000<br><br>Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>Z-355 013 210 | 40/4   1-00-cv-775 |
| PS Form 3811, July 1999 | Domestic Return Receipt  SC.JndO 5/18/00  102595-99-M-1789 |