**ORIGINAL**

FILED
HARRISBURG, PA
JUN 0 5 2000
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE ARNOLD, | : | CIVIL NO. 1:00-CV-0775 |
| | : | |
| Petitioner | : | (Judge Kane) |
| V. | : | (Magistrate Judge Smyser) |
| | : | |
| FREDERICK FRANK, | : | |
| BRADFORD COUNTY DISTRICT, | : | |
| ATTORNEY GENERAL OF THE | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## RESPONDENTS MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER

And now comes, the Respondent, The Commonwealth of Pennsylvania, by and through its counsel, Stephen Downs, Esq. and states:

1. The Petitioner, Dale Arnold, pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. 2254 by person in state custody on or about April 20, 2000.

2. The Petitioners Petition names thirteen (13) issues or grounds for relief.

3. On or about May 18, 2000, the Honorable J. Andrew Smyser, Federal Magistrate Judge ordered that the Respondents file an answer on or before June 7, 2000.

4. Due to the volume of the Petitioner's Grounds for Relief as well as the volume of the official transcripts of Petitioner's criminal matter, Respondent is requesting a reasonable extension to file an answer per the Court's Order.

WHEREFORE, the Respondent respectfully requests a reasonable extension to file its answer.

                                                      Respectfully submitted:

Dated: June 1, 2000

                                                     Stephen G. Downs, Esq.
                                                     District Attorney

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLeVANIA

DALE ARNOLD, : CIVIL NO. 1:00-CV-0775
:
      Petitioner : (Judge Kane)
:
v. : (Magistrate Judge Smyser)
:
FREDERICK FRANK, :
BRADFORD COUNTY DISTRICT, :
ATTORNEY GENERAL OF THE :
COMMONWEALTH OF PENNSYLVANIA, :
:
      Respondents :

FILED
HARRISBURG, PA

JUN 0 7 2000

MARY E. D'ANDREA, CLERK
Por _____
Deputy Clerk

### ORDER

Upon consideration of respondents' motion (Doc. 10), **IT IS ORDERED** that an extension of time until June 28, 2000 is **GRANTED** to the respondents in which to file an answer to the petition.

                                                  _____
                                                  J. Andrew Smyser
                                                  Magistrate Judge

Dated:   June 7, 2000.

1

AO 72A