UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLeVANIA

DALE ARNOLD,                                    :    CIVIL NO. 1:00-CV-0775
                                                :
            Petitioner                          :    (Judge Kane)
                                                :
      v.                                        :    (Magistrate Judge Smyser)
                                                :
FREDERICK FRANK,                                :
BRADFORD COUNTY DISTRICT,                       :
ATTORNEY GENERAL OF THE                         :    **FILED**
COMMONWEALTH OF PENNSYLVANIA,                   :    HARRISBURG, PA
                                                :
            Respondents                         :    JUN 0 7 2000

                                                     MARY E. D'ANDREA, CLERK
                                                     Per _____
                                                                Deputy Clerk

### ORDER

Upon consideration of respondents' motion (Doc. 10), **IT IS ORDERED** that an extension of time until June 28, 2000 is **GRANTED** to the respondents in which to file an answer to the petition.

                                          _____
                                          J. Andrew Smyser
                                          Magistrate Judge

Dated:   June 7, 2000.

1

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 7, 2000

Re:  1:00-cv-00775   Arnold v. Frank

True and correct copies of the attached were mailed by the clerk to the following:

    Dale Arnold
    SCI-H
    SCI at Huntingdon
    AK-5044
    1100 Pike Street
    Huntingdon, PA   16654-1112

    Francis R. Filipi, Esq.
    Attorney General's Office
    Strawberry Square
    15th Floor
    Harrisburg, PA   17120

cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )    PA Atty Gen ( )
                                         DA of County  ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____ ( )

                                                  MARY E. D'ANDREA, Clerk

DATE: _6/7/00_    BY: _/s/_
                     Deputy Clerk