

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALE ARNOLD,
    *Petitioner*

    v.

FREDERICK FRANK,
BRADFORD COUNTY DISTRICT
ATTORNEY and ATTORNEY GENERAL
OF THE COMMONWEALTH OF
PENNSYLVANIA,
    *Respondents*

Civil No. 1:00-CV-0775

Magistrate Judge Smyser

FILED
HARRISBURG, PA

AUG 17 2000

MARY E. D'ANDREA, CLERK
Per _____

## PETITIONER'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE SUPPORTING BRIEF

AND NOW comes the petitioner, Dale Arnold, by his attorney Daniel I. Siegel of the Federal Public Defender's Office, and files this Motion for Extension of Time Within Which to File Supporting Brief.

1.     A supporting brief in the above-captioned case is due to be filed on or before August 18, 2000.

2.     The Federal Public Defender has secured from the clerk's office copies of all documents on file with the Federal Court.

3.     Defense counsel needs additional time to investigate the claims, review relevant documents, and consult with the client.

WHEREFORE, it is respectfully requested that the deadline for filing petitioner's supporting brief be extended to Friday, September 22, 2000.

Respectfully submitted,

Date: Aug. 17, 2000

*Daniel I. Siegel* (signature)
Daniel I. Siegel, Esquire
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Dale Arnold
Attorney ID # 38910

## **CERTIFICATE OF CONCURRENCE**

I, Daniel I. Siegel, of the Federal Public Defender's Office certify that on August 17, 2000, I contacted Stephen Downs, District Attorney for Bradford County, and he stated that he would concur in the foregoing motion.

Date: Aug. 17, 2000

*Daniel I. Siegel*
DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender

## CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the **PETITIONER'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE SUPPORTING BRIEF** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

>Stephen Downs, Esquire
>District Attorney
>Bradford County Courthouse
>301 Main Street
>Towanda, PA 18848

>Dale Arnold
>Inmate #AK 5044
>SCI Huntingdon
>1100 Pike Street
>Huntingdon, PA 16654-1112

Date: Aug. 17, 2000

DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Dale Arnold

4