IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALE ARNOLD,
    *Petitioner* : Civil No. 1:00-CV-0775

v. :

    : Magistrate Judge Smyser

FREDERICK FRANK, :
BRADFORD COUNTY DISTRICT :
ATTORNEY and ATTORNEY GENERAL :
OF THE COMMONWEALTH OF :
PENNSYLVANIA, :
    *Respondents* :

**FILED**
HARRISBURG, PA

AUG 1 8 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

## ORDER OF COURT

AND NOW this __18TH__ day of August, 2000, upon consideration (Doc 15) of Petitioner's Motion for Extension of Time Within Which to File Supporting Brief, (Doc. 15) **IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the deadline for filing said brief is extended to Friday, September 22, 2000.

BY THE COURT:

_____
MAGISTRATE JUDGE J. ANDREW SMYSER
United States District Court

                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                             August 18, 2000


Re:  1:00-cv-00775    Arnold v. Frank


True and correct copies of the attached were mailed by the clerk
to the following:


    Dale Arnold
    SCI-H
    SCI at Huntingdon
    AK-5044
    1100 Pike Street
    Huntingdon, PA   16654-1112

    Daniel Isaiah Siegel, Esq.
    100 Chestnut St.
    Suite 306
    Harrisburg, PA   17101

    Francis R. Filipi, Esq.
    Attorney General's Office
    Strawberry Square
    15th Floor
    Harrisburg, PA   17120



cc:
Judge                            ( )
Magistrate Judge                 (✓)
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen ( )

|  |  |
|---|---|
| Bankruptcy Court ( ) | DA of County ( )   Respondents ( ) |
| Other _____ ( ) | MARY E. D'ANDREA, Clerk |
| DATE: 8/18/00 | BY: _____ Deputy Clerk |