See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE ARNOLD, | : | |
|     *Petitioner* | : | Civil No. 1:00-CV-0775 |
| | : | |
| v. | : | |
| | : | Magistrate Judge Smyser |
| FREDERICK FRANK, | : | |
| BRADFORD COUNTY DISTRICT | : | |
| ATTORNEY and ATTORNEY GENERAL | : | |
| OF THE COMMONWEALTH OF | : | |
| PENNSYLVANIA, | : | |
|     *Respondents* | : | |

**FILED**
HARRISBURG, PA

SEP 2 7 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

**ORDER OF COURT**

AND NOW this ___27TH___ day of September, 2000, upon consideration of Petitioner's Motion *(Doc. 17)* for Continuance of Briefing and for Order Directing Filing of Transcripts, **IT IS HEREBY ORDERED** that the briefing deadline in the above-captioned case is continued to Monday, October 23, 2000.

BY THE COURT:

_____
MAGISTRATE JUDGE J. ANDREW SMYSER
United States District Court

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      September 27, 2000


Re:  1:00-cv-00775    Arnold v. Frank



True and correct copies of the attached were mailed by the clerk
to the following:


     Dale Arnold
     SCI-H
     SCI at Huntingdon
     AK-5044
     1100 Pike Street
     Huntingdon, PA  16654-1112

     Daniel Isaiah Siegel, Esq.
     100 Chestnut St.
     Suite 306
     Harrisburg, PA  17101

     Francis R. Filipi, Esq.
     Attorney General's Office
     Strawberry Square
     15th Floor
     Harrisburg, PA  17120




cc:
Judge                           ( ✓ )
Magistrate Judge                ( ✓ )
U.S. Marshal                    (   )
Probation                       (   )
U.S. Attorney                   (   )
Atty. for Deft.                 (   )
Defendant                       (   )
Warden                          (   )
Bureau of Prisons               (   )
Ct Reporter                     (   )
Ctroom Deputy                   (   )
Orig-Security                   (   )
Federal Public Defender         (   )
Summons Issued                  (   ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             (   )
Order to Show Cause             (   ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )   PA Atty Gen ( )
```

DA of County ( )   Respondents ( )

Bankruptcy Court ( )
Other _____ ( )

MARY E. D'ANDREA, Clerk

DATE: 9/27/00        BY: /s/ _____
                          Deputy Clerk