See Attachment

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLeVANIA

| | | |
|---|---|---|
| DALE ARNOLD, | : | CIVIL NO. 1:00-CV-0775 |
| Petitioner | : | (Judge Kane) |
| v. | : | (Magistrate Judge Smyser) |
| FREDERICK FRANK, BRADFORD COUNTY DISTRICT, ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | : | FILED HARRISBURG, PA SEP 2 7 2000 |
| Respondents | : | MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

## ORDER

Upon consideration of Petitioner's Motion For Continuance of Briefing and for Order Directing Filing of Transcripts (Doc. 17), **IT IS ORDERED** that the Clerk of Court of Bradford County, Pennsylvania, shall file with the Clerk of the United States District Court for the Middle District of Pennsylvania in Harrisburg a copy of the trial transcript in *Commonwealth of Pennsylvania v. Dale Richard Arnold*, Bradford County Criminal Case No. 1026 of 1980. The transcript shall be returned to the Bradford County Clerk of Court when this case is closed. The Clerk of this Court is directed to send a copy of this Order to the Clerk of Court of Bradford County by registered mail.

J. Andrew Smyser
Magistrate Judge

Dated: September 27, 2000.

1

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 28, 2000

Re:  1:00-cv-00775    Arnold v. Frank

True and correct copies of the attached were mailed by the clerk
to the following:

    Dale Arnold
    SCI-H
    SCI at Huntingdon
    AK-5044
    1100 Pike Street
    Huntingdon, PA   16654-1112

    Daniel Isaiah Siegel, Esq.
    100 Chestnut St.
    Suite 306
    Harrisburg, PA   17101

    Francis R. Filipi, Esq.
    Attorney General's Office
    Strawberry Square
    15th Floor
    Harrisburg, PA   17120

*[Handwritten: + Cert to → Clerk of Courts - of Bradford County, 301 Main St, Towanda Pa 18848, Prothonotary's office]*

*[U.S. Postal Service Certified Mail Receipt form shown]*

```
cc:
Judge                              ( )
Magistrate Judge                   (/)
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen   ( )   PA Atty Gen ( )
```

|  |  |  |  |
|---|---|---|---|
|  |  | DA of County ( ) | Respondents ( ) |
| Bankruptcy Court | ( ) |  |  |
| Other _____ | ( ) |  |  |

MARY E. D'ANDREA, Clerk

DATE: __9/28/00__          BY: _____
                                Deputy Clerk