| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) *Pey Leon* | B. Date of Delivery 10/2/00 |
| | C. Signature X *Pey Leon* | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Clerk of Courts of Bradford Co.<br>Cheryl Wood-Walter<br>301 Main Street<br>Towanda, Pa. 18848<br>ATT: Prothonotary's Office | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service label)<br>7000 0600 0027 5713 4277   1:00-CV-775   1 of 1 Order of 9/27 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-99-M-1789 |

(20)
10/10

1-00-CV-775
Order of
9/27/00

**FILED**
**HARRISBURG**

OCT 0 6 2000

MARY E. D'ANDREA, CLERK
Per _____
       DEPUTY CLERK