IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALE ARNOLD,
    *Petitioner*

v.

FREDERICK FRANK,
BRADFORD COUNTY DISTRICT
ATTORNEY and ATTORNEY GENERAL
OF THE COMMONWEALTH OF
PENNSYLVANIA,
    *Respondents*

Civil No. 1:00-CV-0775

Magistrate Judge Smyser

**FILED**
HARRISBURG, PA

OCT 2 5 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER OF COURT

AND NOW this __24TH__ day of ~~September~~ October, 2000, upon consideration of Petitioner's Motion for Continuance of Briefing, **IT IS HEREBY ORDERED** that the briefing deadline in the above-captioned case is continued to November 22, 2000.

BY THE COURT:

_____
MAGISTRATE JUDGE J. ANDREW SMYSER
United States District Court



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 25, 2000

Re:   1:00-cv-00775   Arnold v. Frank

True and correct copies of the attached were mailed by the clerk to the following:

Dale Arnold
SCI-H
SCI at Huntingdon
AK-5044
1100 Pike Street
Huntingdon, PA  16654-1112

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

Francis R. Filipi, Esq.
Attorney General's Office
Strawberry Square
15th Floor
Harrisburg, PA  17120

```
cc:
Judge                          ( )
Magistrate Judge               (/)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )    PA Atty Gen ( )
```

```
                                    DA of County  ( )   Respondents ( )
Bankruptcy Court        ( )
Other_____( )
                                             MARY E. D'ANDREA, Clerk

   DATE:    10/25/00                    BY: /s/
                                             Deputy Clerk
```