

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALE ARNOLD,
*Petitioner*

v.

FREDERICK FRANK,
BRADFORD COUNTY DISTRICT
ATTORNEY and ATTORNEY GENERAL
OF THE COMMONWEALTH OF
PENNSYLVANIA,
*Respondents*

Civil No. 1:00-CV-0775

Magistrate Judge Smyser

**FILED**
**HARRISBURG**
NOV 2 2 2000
MARY E. D'ANDREA, Cl
Per_____
DEPUTY CLERK

## PETITIONER'S MOTION FOR CONTINUANCE OF BRIEFING

AND NOW comes the petitioner, Dale Arnold, by his attorney Daniel I. Siegel of the Federal Public Defender's Office, and files this Motion for Continuance of Briefing.

1. A brief in support of the petition for post-conviction relief is due to be filed on or before Wednesday, November 22, 2000.

2. By previous order dated September 27, 2000, the Clerk of Court of Bradford County was directed to file a copy of the trial transcript with the Federal Clerk in Harrisburg.

3. The transcript has not yet been filed.

4. Review of the transcript is necessary to the preparation of the brief.

5. It is counsel's understanding that the trial transcript is voluminous.

6. Petitioner requests that the briefing deadline be continued to a date two months after the trial transcript is received in Harrisburg.

7. It is further requested that the Federal Clerk be directed to notify undersigned counsel when the transcripts are received.

WHEREFORE, it is respectfully requested that Petitioner's Motion for Continuance of Briefing be granted.

Respectfully submitted,

Date: Nov. 22, 2000

Daniel I. Siegel, Esquire
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Dale Arnold
Attorney ID # 38910

2

## **CERTIFICATE OF CONCURRENCE**

I, Daniel I. Siegel, of the Federal Public Defender's Office certify that on November 22, 2000, I contacted Assistant District Attorney Todd Hinkley and he concurred in the Motion for Continuance of Briefing.

Date: Nov. 22, 2000

DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender

## CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the **PETITIONER'S MOTION FOR CONTINUANCE OF BRIEFING** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

> Todd Hinkley, Esquire
> Assistant District Attorney
> Bradford County Courthouse
> 301 Main Street
> Towanda, PA 18848

> Dale Arnold
> Inmate #AK 5044
> SCI Huntingdon
> 1100 Pike Street
> Huntingdon, PA 16654-1112

Date: Nov. 22, 2000

DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Dale Arnold

4