25
12/11/[...]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Steven Downs, Dist Atty
    301 main street
    Towanda, Pa 18848

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Pte Leon
B. Date of Delivery: 12/01/[...]
C. Signature: X Jey Leon
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   2 355 013 455

1-00-cv-775  101 1
order 11/29/00.

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

FILED
HARRISBURG
DEC 0 8 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

1-00-cv-775
101 1