# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALE ARNOLD,                :    CIVIL NO. **1:00-CV-0775**
                            :
       Petitioner  :    (Judge Kane)
                            :
   v.                     :    (Magistrate Judge Smyser)
                            :
KENNETH KYLER,              :
                            :
       Respondent  :

**FILED**
HARRISBURG, PA

DEC 27 2000

MARY E. D'ANDREA, CLERK
Per _____
/Deputy Clerk

### ORDER

By way of background in this 28 U.S.C. § 2254 habeas corpus action the court has by Orders of September 27, 2000 and November 29, 2000 directed the filing of the trial transcript or a copy thereof. The trial transcript has not been filed. No extension of time has been requested. Although the issues presented would best be addressed, at least in the initial stages, by a review of state court filings and of the state court transcript, this court does not have the transcripts.

**IT IS ORDERED** that a hearing shall be held in this 28 U.S.C. § 2254 petition on January 11, 2001, at 9:00 a.m.,

AO 72A

Courtroom No. 5, Eleventh Floor, Federal Building, Harrisburg, Pennsylvania. A writ of habeas corpus ad testificandum shall issue for the petitioner, Dale Arnold. A copy of this Order shall be sent to the District Attorney of Bradford County and the Attorney General of Pennsylvania. The respondent, through the attorney(s) for the Commonwealth, will be expected at this hearing to show cause why the petition for a writ of habeas corpus should not be granted.

J. Andrew Smyser
Magistrate Judge

Dated: December 27, 2000.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

December 27, 2000

Re: 1:00-cv-00775   Arnold v. Frank

True and correct copies of the attached were mailed by the clerk to the following:

Dale Arnold
SCI-H
SCI at Huntingdon
AK-5044
1100 Pike Street
Huntingdon, PA  16654-1112

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

*[handwritten: given papers did the writ separately]*

cc:
Judge                         ( )
Magistrate Judge              (✓)
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 (✓)
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen ( )   PA Atty Gen ( )
                                      DA of County ( )   Respondents ( )
Bankruptcy Court              ( )
Other /, *Dist. Atty*         (✓)
      *of Bradford Co. Stephen Downs*              MARY E. D'ANDREA, Clerk
*2. Atty General of Pa*

DATE: _____12/27/00._____          BY: _____[signature]_____
                                         Deputy Clerk