CC: PA DOC; Fran Filipi; Dan Siegel; Warden SCI Huntingdon (27)
USM; Ctrm Dpty ● Ct ●  12/28/00

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALE ARNOLD,                : CIVIL NO. **1:00-CV-0775**
            Petitioner      :
                            : (Judge Kane)
        v.                  :
                            : (Magistrate Judge Smyser)
KENNETH KYLER,              :
            Respondent      :

**FILED**
**HARRISBURG**

DEC 2 7 2000

MARY E. D'ANDREA, CLERK
_____
DEPUTY CLERK

<u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

The Department of Corrections of the Commonwealth of Pennsylvania and the Superintendent at the State Correctional Institution, Huntingdon, Pennsylvania, are directed to produce the person of **DALE ARNOLD, Number AK-5044**, at the United States District Court, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on January 11, 2001, at 9:00 a.m. and to keep the prisoner safe in custody and confine him from day to day when not appearing before the court. The prisoner may be produced directly to Courtroom No. 5, Eleventh Floor, or he may be presented at the Marshal's Office on the Tenth Floor.

AO 72A

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

                                            J. Andrew Smyser
                                            Magistrate Judge

Dated: December 27, 2000

2

AO 72A