UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE ARNOLD, | : | CIVIL NO. 1:00-CV-0775 |
| Petitioner | : | (Judge Kane) |
| v. | : | (Magistrate Judge Smyser) |
| KENNETH KYLER, | : | |
| Respondent | : | |

**FILED**
HARRISBURG

JAN 8 - 2001

ORDER   MARY E. D'ANDREA, CLERK
Per_____
           DEPUTY CLERK

**IT IS ORDERED**, upon consideration of the motion filed by First Assistant District Attorney Todd K. Hinkley of Bradford County, that the hearing scheduled for January 11, 2001 is **CANCELLED** and that the respondent shall file a copy of the trial transcript of the petitioner's Bradford County trial, on or before **January 11, 2001**.

J. Andrew Smyser
Magistrate Judge

Dated:   January 8, 2001.

1

AO 72A

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re:  1:00-cv-00775    Arnold v. Frank

True and correct copies of the attached were mailed by the clerk
to the following:

Dale Arnold
SCI-H
SCI at Huntingdon                    DOC - Copy Through
AK-5044                                    Mail
1100 Pike Street
Huntingdon, PA   16654-1112

Daniel Isaiah Siegel, Esq. — phoned + interoffice mail
100 Chestnut St.
Suite 306
Harrisburg, PA   17101

Stephen G. Downs, Esq.         — phoned + faxed
District Attorney's Office
Bradford County Courthouse
301 Main Street
Towanda, PA   18848

Francis Filipi — phoned in interoffice mail

cc:
Judge  Kane                    (✓)
Magistrate Judge  Smyser (✓)
U.S. Marshal                   (✓)
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen ( )

|  |  |
|---|---|
| Bankruptcy Court ( ) | DA of County ( )   Respondents ( ) |
| Other_____ ( ) | |

MARY E. D'ANDREA, Clerk

DATE: __1/8/00__     BY: __[signature]__
                          Deputy Clerk