ORIGINAL

# COMMONWEALTH VS. DALE ARNOLD
## CASE No. 52 JULY CA 1977
## Bradford County, Pennsylvania

*********************************************************************

### INVENTORY OF TRIAL TRANSCRIPT

1. Notes of Testimony
   Preliminary Hearing held September 16, 1980
2. Notes of Testimony
   Expungement Hearing held October 11, 1988
3. Court Order dated April 11, 1986
4. Court Order dated July 25, 1985
5. Brief of Appellee
   "Appeal from Sentence of the Court" No. 80-1026-A, 80-1026-B
6. Notes of Testimony
   Pre-Trial Hearing held Feb. 9, 1981
7. Order of Court dated Feb. 14, 1990
8. Order of Court dated November 14, 1990
9. Order of Court dated May 24, 1989
10. Trial Transcript
    i. Jury Selection
        a. Feb. 26, 1981 (index and voir dire)
        b. Feb. 27, 1981
        c. March 2, 1981
        d. March 3, 1981
        e. March 4, 1981
    ii. Trial Testimony
        a. March 6, 1981
        b. March 9, 1981
        c. March 10, 1981
        d. March 11, 1981
        e. March 12, 1981
        f. March 13, 1981
        g. March 14, 1981
        h. March 16, 1981
        i. March 17, 1981
        j. March 18, 1981
        k. March 18, 1981 (Summations)
11. "NU-KOTE" Box Containing
    i. Notes of Testimony, Feb. 13, 1981
    ii. Notes of Testimony, January 13, 1981
    iii. April 3, 1981 D.A. Letter
    iv. Feb. 23, 1981 Order
    v. Notes of Testimony, Feb. 23, 1981

FILED
HARRISBURG

JAN 1 1 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

  vi. Feb. 10, 1981 Order
  vii. Feb. 10, 1981 Order
  viii. Feb. 10, 1981 Order
  ix. Feb. 10, 1981 Order
  x. Petition to Exclude Media
  xi. Feb. 9, 1981 Order
  xii. May 19, 1981 Order
  xiii. Notes of Testimony, Nov. 6, 1980
  xiv. September 15, 1980 Order
  xv. September 15, 1980 Order
  xvi. Note plus Commonwealth v. Orman
  xvii. Criminal Informations (4)
  xviii. October 31, 1980 Letter of D.A.
  xix. October 31, 1980 Letter of D.A. (enc. 11 count criminal informations)
  xx. ____ day of September, 1980 Order
  xxi. ____ day of September, 1980 Order
  xxii. ____ day of September, 1980 Order
  xxiii. ____ day of September, 1980 Order
  xxiv. Informal Request for Line-Up
  xxv. Petition to Exclude Media
  xxvi. ____ day of October, 1980 Order
  xxvii. ____ day of October, 1980 Order
  xxviii. ____ day of October, 1980 Order
  xxix. ____ day of October, 1980 Order
  xxx. Nov. 20, 1980 Order
  xxxi. Nov. 20, 1980 Order
  xxxii. January 14, 1981 Order
  xxxiii. January 6, 1981 Order
  xxxiv. January 12, 1981 Order
  xxxv. Notes of Testimony, December 19, 1980
  xxxvi. December 18, 1980 Order
  xxxvii. ____ day of ____, 19  Order
  xxxviii. Notes of Testimony, December, 18, 1980
  xxxix. Notes of Testimony, December, 16, 1980
  xl. December 16, 1980 Order
  xli. Notes of Testimony, December 16, 1980
  xlii. Notes of Testimony, December 16, 1980
  xliii. Notes of Testimony, December 16, 1980
  xliv. ____ day of ____, 1980 Order
  xlv. Notes of Testimony, December 3, 1980
  xlvi. Notes of Testimony, December 3, 1980
  xlvii. Notes of Testimony, December 3, 1980
  xlviii. Notes of Testimony, December 3, 1980
13. "NU-KOTE" Box Contents
  i. Notes of Testimony, January 14, 1981

Case 1:00-cv-00775-YK    Document 30    Filed 01/11/2001    Page 3 of 3

ii. February 23, 1981 Order
iii. February 23, 1981 Order
iv. February 13, 1981 Order
v. January 12, 1981 Order
vi. Disposition of Omnibus Pre-Trial Motions
vii. Motion to Compel an Election
viii. Notes and List of Jurors
ix. List of Witnesses
x. Notes of Testimony, September 15, 1980
xi. Hand written note by Trooper Harold Reniger
xii. November 5, 1981 Letter of D.A.
xiii. Notes of Transcript, Feb. 13, 1981
xiv. Notes of Transcript, Feb. 9, 1981
xv. Notes of Transcript, January 12, 1981

## END