IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE ARNOLD,<br>  *Petitioner* | Civil No. 1:00-CV-0775 |
| v. | Magistrate Judge Smyser |
| FREDERICK FRANK,<br>BRADFORD COUNTY DISTRICT<br>ATTORNEY and ATTORNEY GENERAL<br>OF THE COMMONWEALTH OF<br>PENNSYLVANIA,<br>  *Respondents* | |

**FILED**
**HARRISBURG**
FEB 6 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## PETITIONER'S MOTION FOR CONTINUANCE

AND NOW comes the petitioner, Dale Arnold, by his attorney Daniel I. Siegel of the Federal Public Defender's Office, and files this Motion for Continuance.

1. A brief in support of the petition for writ of habeas corpus is due to the be filed on or before February 8, 2001.

2. Undersigned counsel has reviewed approximately one-third of the Common Pleas Court transcripts.

3. Counsel requests an additional month to complete the review of the transcripts and draft a brief in support of the petition.

4.  The Commonwealth concurs in this request for a continuance.

5.  Undersigned counsel will not request another continuance.

WHEREFORE, it is respectfully requested that the deadline for filing a brief in support of the petition for writ of habeas corpus be extended to Thursday, March 8, 2001.

Respectfully submitted,

Date: Feb. 6, 2001

Daniel I. Siegel, Esquire
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Dale Arnold
Attorney ID # 38910

## **CERTIFICATE OF CONCURRENCE**

I, Daniel I. Siegel, of the Federal Public Defender's Office certify that on February 6, 2001, I contacted Assistant District Attorney Todd Hinkley and he concurred in the Motion for Continuance.

Date: Feb. 6, 2001    _____
                       DANIEL I. SIEGEL, ESQUIRE
                       Asst. Federal Public Defender

3

## CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the **PETITIONER'S MOTION FOR CONTINUANCE** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

> Todd Hinkley, Esquire
> Assistant District Attorney
> Bradford County Courthouse
> 301 Main Street
> Towanda, PA 18848

> Dale Arnold
> Inmate #AK 5044
> SCI Huntingdon
> 1100 Pike Street
> Huntingdon, PA 16654-1112

Date: Feb. 6, 2001

_____
DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Dale Arnold

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE ARNOLD,<br>    *Petitioner* | Civil No. 1:00-CV-0775 |
| v. | Magistrate Judge Smyser |
| FREDERICK FRANK,<br>BRADFORD COUNTY DISTRICT<br>ATTORNEY and ATTORNEY GENERAL<br>OF THE COMMONWEALTH OF<br>PENNSYLVANIA,<br>    *Respondents* | |

### ORDER OF COURT

AND NOW this _____ day of February, 2001, upon consideration of Petitioner's Motion for Continuance, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. A brief in support of the petition for writ of habeas corpus shall be filed on or before Thursday, March 8, 2001.

BY THE COURT:

_____
MAGISTRATE JUDGE J. ANDREW SMYSER
United States District Court