*see att*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALE ARNOLD, :
 *Petitioner* : Civil No. 1:00-CV-0775
:
v. :
: Magistrate Judge Smyser
FREDERICK FRANK, :
BRADFORD COUNTY DISTRICT :
ATTORNEY and ATTORNEY GENERAL :
OF THE COMMONWEALTH OF :
PENNSYLVANIA, :
 *Respondents* :

**FILED**
HARRISBURG, PA

FEB 9 - 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

## ORDER OF COURT

AND NOW this _____9th_____ day of February, 2001, upon consideration of Petitioner's Motion for Continuance, **IT IS HEREBY** (Doc. 31) **ORDERED** that the motion is **GRANTED**. A brief in support of the petition for writ of habeas corpus shall be filed on or before Thursday, March 8, 2001.

BY THE COURT:

_____
MAGISTRATE JUDGE J. ANDREW SMYSER
United States District Court

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

February 9, 2001

Re:  1:00-cv-00775    Arnold v. Frank

True and correct copies of the attached were mailed by the clerk to the following:

>  Dale Arnold
>  SCI-H
>  SCI at Huntingdon
>  AK-5044
>  1100 Pike Street
>  Huntingdon, PA  16654-1112
>
>  Daniel Isaiah Siegel, Esq.
>  100 Chestnut St.
>  Suite 306
>  Harrisburg, PA  17101
>
>  Stephen G. Downs, Esq.
>  District Attorney's Office
>  Bradford County Courthouse
>  301 Main Street
>  Towanda, PA  18848
>
>  Todd K. Hinkley, Esq.
>  District Attorney's Office
>  Bradford County Courthouse
>  301 Main Street
>  Towanda, PA  18848

cc:
Judge                       (✓)            ( ) Pro Se Law Clerk
Magistrate Judge            ( )            ( ) INS
U.S. Marshal                ( )            ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )

```
Federal Public Defender     ( )
Summons Issued              ( )  with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( )  with Petition attached & mailed certified mail
                                 to:  US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )
Bankruptcy Court            ( )
Other_____ ( )
                                                   MARY E. D'ANDREA, Clerk

DATE: ____2-9-01____                         BY: _____
                                                   Deputy Clerk
```