ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE ARNOLD,<br>*Petitioner* | Civil No. 1:00-CV-0775 |
| v. | Magistrate Judge Smyser |
| FREDERICK FRANK,<br>BRADFORD COUNTY DISTRICT<br>ATTORNEY and ATTORNEY GENERAL<br>OF THE COMMONWEALTH OF<br>PENNSYLVANIA,<br>*Respondents* | |

FILED
HARRISBURG
MAR 19 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## PETITIONER'S NOTICE OF WITHDRAWAL OF UNEXHAUSTED CLAIMS

AND NOW comes the petitioner, Dale Arnold, by his attorney Daniel I. Siegel of the Federal Public Defender's Office, and hereby notifies the Court of his withdrawal of claims 2, 3, 5, 6, 7, 9, 10, 11 and 12 of the habeas corpus petition; petitioner's signed authorization for this withdrawal of claims is attached.

Respectfully submitted,

Date: Mar. 19, 2001

Daniel I. Siegel, Esquire
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Dale Arnold
Attorney ID # 38910



# FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 306
HARRISBURG, PENNSYLVANIA 17101-2540
TELEPHONE: (717) 782-2237
FAX: (717) 782-3881

FEDERAL PUBLIC DEFENDER
JAMES V. WADE

ASSISTANT FEDERAL DEFENDERS
DANIEL I. SIEGEL
LORI J. ULRICH
THOMAS A. THORNTON

March 8, 2001

Dale Arnold
Inmate No. AK-5044
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

RE: *Dale Arnold v. Frederick Frank, Bradford County District Attorney and Attorney General of the Commonwealth of Pennsylvania*
Case No. 1:00-CV-0775

Dear Mr. Arnold:

Enclosed please find a copy of the brief in support of your petition for writ of habeas corpus. As explained in the procedural history section of the brief, your petition contains four claims which have been exhausted in the state courts, and nine claims which have not been exhausted in the state courts. In order to avoid dismissal of your petition, I recommend that you withdraw claims 2, 3, 5, 6, 7, 9, 10, 11 and 12.

Please check the appropriate response, and return this letter to me in the enclosed, self-addressed, stamped envelope. Thank you for your assistance.

Sincerely,

Daniel I. Siegel
Asst. Federal Public Defender

DIS/saj
Enclosure

__X__ Yes, I wish to withdraw claims 2, 3, 5, 6, 7, 9, 10, 11 and 12.

_____ No, I will not withdraw any of my claims.

_D.R. Arnold_____
Dale Arnold

## CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the **PETITIONER'S NOTICE OF WITHDRAWAL OF UNEXHAUSTED CLAIMS** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

> Todd Hinkley, Esquire
> Assistant District Attorney
> Bradford County Courthouse
> 301 Main Street
> Towanda, PA 18848

> Dale Arnold
> Inmate #AK 5044
> SCI Huntingdon
> 1100 Pike Street
> Huntingdon, PA 16654-1112

Date: Mar. 19, 2001

DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Dale Arnold