# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE ARNOLD, | CIVIL NO. 1:00-CV-0775 |
| Petitioner | (Judge Kane) |
| v. | (Magistrate Judge Smyser) |
| KENNETH KYLER, | |
| Respondent | |

**FILED**
**HARRISBURG, PA**
**APR - 6 2001**
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

## ORDER

**IT IS ORDERED** that a brief in opposition to the petition for writ of habeas corpus, claims 1, 4, 8 and 13, which are the subject matter of the Brief in Support of Petition, Doc. 33, filed March 8, 2001, shall be filed by the respondent on or before **May 4, 2001.**

J. Andrew Smyser
Magistrate Judge

Dated: April 6, 2001.

AO 72A

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 6, 2001

Re: 1:00-cv-00775   Arnold v. Frank

True and correct copies of the attached were mailed by the clerk to the following:

```
Dale Arnold
SCI-H
SCI at Huntingdon
AK-5044
1100 Pike Street
Huntingdon, PA   16654-1112

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA   17101

Stephen G. Downs, Esq.
District Attorney's Office
Bradford County Courthouse
301 Main Street
Towanda, PA   18848

Todd K. Hinkley, Esq.
District Attorney's Office
Bradford County Courthouse
301 Main Street
Towanda, PA   18848
```

cc:
Judge                    ( )              ( ) Pro Se Law Clerk
Magistrate Judge         (✓)              ( ) INS
U.S. Marshal             ( )              ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )

```
Federal Public Defender     ( )
Summons Issued              ( )   with N/C attached to complt. and served by:
                                  U.S. Marshal ( )     Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( )   with Petition attached & mailed certified mail
                                  to:  US Atty Gen    ( )    PA Atty Gen  ( )
                                       DA of County   ( )    Respondents  ( )
Bankruptcy Court            ( )
Other_____  ( )
                                                    MARY E. D'ANDREA, Clerk

DATE: ____4/6/01____                         BY: _____
                                                    Deputy Clerk
```