IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE ARNOLD,<br>*Petitioner* | Civil No. 1:00-CV-0775 |
| V. | Magistrate Judge Smyser |
| FREDERICK FRANK,<br>BRADFORD COUNTY DISTRICT<br>ATTORNEY and ATTORNEY GENERAL<br>OF THE COMMONWEALTH OF<br>PENNSYLVANIA,<br>*Respondents* | |

FILED
HARRISBURG, PA

APR 2 0 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER OF COURT

AND NOW the ___20TH___ day of April, 2001, upon consideration of the Respondents' Motion for Continuance, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. A brief in opposition of the petition for writ of habeas corpus shall be filed on or before Tuesday, July 3, 2001.

BY THE COURT:

MAGISTRATE JUDGE J. ANDREW SMYSER
United States District Court

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 20, 2001

Re:  1:00-cv-00775   Arnold v. Frank

True and correct copies of the attached were mailed by the clerk to the following:

Dale Arnold
SCI-H
SCI at Huntingdon
AK-5044
1100 Pike Street
Huntingdon, PA 16654-1112

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA 17101

Stephen G. Downs, Esq.
District Attorney's Office
Bradford County Courthouse
301 Main Street
Towanda, PA 18848

Todd K. Hinkley, Esq.
District Attorney's Office
Bradford County Courthouse
301 Main Street
Towanda, PA 18848

cc:
Judge                    (  )           ( ) Pro Se Law Clerk
Magistrate Judge         (✓)           ( ) INS
U.S. Marshal             (  )           ( ) Jury Clerk
Probation                (  )
U.S. Attorney            (  )
Atty. for Deft.          (  )
Defendant                (  )
Warden                   (  )
Bureau of Prisons        (  )
Ct Reporter              (  )
Ctroom Deputy            (  )
Orig-Security            (  )

| | | |
|---|---|---|
| Federal Public Defender | ( ) | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )   PA Atty Gen ( )   DA of County ( )   Respondents ( ) |
| Bankruptcy Court | ( ) | |
| Other _____ | ( ) | |

MARY E. D'ANDREA, Clerk

DATE: 4/20/01

BY: _____
Deputy Clerk