see all

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALE ARNOLD, :
    Petitioner : CIVIL NO. 1:00-CV-0775
:
v. : (JUDGE KANE)
:
FREDERICK FRANK, et al., : (MAGISTRATE JUDGE SMYSER)
    Respondents :

## ORDER

AND NOW, this 20TH day of June, 2001, upon consideration of respondent's unopposed motion for an enlargement of time in which to file their brief in opposition to the petition for writ of *habeas corpus*, said motion is hereby **GRANTED**. Respondents may file their brief on or before **August 3, 2001**.

For the Court:

FILED
HARRISBURG, PA

JUN 20 2001

MARY E. D'ANDREA, CLERK
PER_____
    DEPUTY CLERK

_____
SMYSER, U.S.M.J.

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           June 20, 2001


Re:  1:00-cv-00775    Arnold v. Frank


True and correct copies of the attached were mailed by the clerk
to the following:


     Dale Arnold
     SCI-H
     SCI at Huntingdon
     AK-5044
     1100 Pike Street
     Huntingdon, PA   16654-1112

     Daniel Isaiah Siegel, Esq.
     100 Chestnut St.
     Suite 306
     Harrisburg, PA   17101

     Stephen G. Downs, Esq.
     District Attorney's Office
     Bradford County Courthouse
     301 Main Street
     Towanda, PA   18848

     Todd K. Hinkley, Esq.
     District Attorney's Office
     Bradford County Courthouse
     301 Main Street
     Towanda, PA   18848



cc:
Judge                     ( )          ( ) Pro Se Law Clerk
Magistrate Judge          (/)          ( ) INS
U.S. Marshal              ( )          ( ) Jury Clerk
Probation                 ( )
U.S. Attorney             ( )
Atty. for Deft.           ( )
Defendant                 ( )
Warden                    ( )
Bureau of Prisons         ( )
Ct Reporter               ( )
Ctroom Deputy             ( )
Orig-Security             ( )
```

```
Federal Public Defender    ( )
Summons Issued             ( )   with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5        ( )
Order to Show Cause        ( )   with Petition attached & mailed certified mail
                                 to:  US Atty Gen   ( )    PA Atty Gen ( )
                                      DA of County  ( )    Respondents ( )
Bankruptcy Court           ( )
Other_____ ( )
                                                   MARY E. D'ANDREA, Clerk
```

DATE: 6/20/01                                    BY: _____
                                                      Deputy Clerk