**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE ARNOLD, | : | |
| Petitioner | : | CIVIL NO. 1:00-CV-0775 |
| | : | |
| v. | : | (JUDGE KANE) |
| | : | |
| FREDERICK FRANK, *et al.*, | : | (MAGISTRATE JUDGE SMYSER) |
| Respondents | : | |

<u>PRAECIPE FOR ENTRY OF APPEARANCE</u>

**FILED
HARRISBURG

JUN 21 2001

MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK**

*To the Clerk:*

Pleas enter my appearance for respondents in the above-captioned matter,

*Ronald T. Williamson*
RONALD T. WILLIAMSON
Senior Deputy Attorney General
Attorney I.D. No. 22768

**D. MICHAEL FISHER**
Attorney General

**WILLIAM H. RYAN, JR.**
Executive Deputy Attorney General
Director, Criminal Law Division

**ROBERT A. GRACI**
Assistant Executive Deputy Attorney General
Law and Appeals

**OFFICE OF ATTORNEY GENERAL**
Appeals and Legal Services Section
2490 Boulevard of the Generals
Norristown, PA 19403
Phone: (610) 631-6575
Fax: (610) 631-5944

DATE: June 21, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE ARNOLD, | : | |
| Petitioner | : | CIVIL NO. 1:00-CV-0775 |
| | : | |
| v. | : | (JUDGE KANE) |
| | : | |
| FREDERICK FRANK, *et al.*, | : | (MAGISTRATE JUDGE SMYSER) |
| Respondents | : | |

FILED
HARRISBUR[G]
JUN 21 2001
MARY E. D'ANDREA, [Clerk]
Per_____
DEPUTY CLER[K]

### CERTIFICATE OF SERVICE

AND NOW, this **21st** day of **June, 2001**, I, **RONALD T. WILLIAMSON, Senior Deputy Attorney General**, counsel for the respondents, hereby certify that I served the foregoing **Praecipe for Entry of Appearance** by causing a copy of the same to be placed in the United States mail, first class postage prepaid, at Harrisburg, PA, addressed to counsel for petitioner as follows:

> Daniel I. Siegel, Esquire
> Assistant Federal Public Defender
> 100 Chestnut Street, Suite 306
> Harrisburg, PA  17101

*/s/ Ronald T. Williamson*
RONALD T. WILLIAMSON
Senior Deputy Attorney General

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE ARNOLD, | : | |
| Petitioner | : | CIVIL NO. 1:00-CV-0775 |
| | : | |
| v. | : | (JUDGE KANE) |
| | : | |
| FREDERICK FRANK, *et al.*, | : | (MAGISTRATE JUDGE SMYSER) |
| Respondents | : | |

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE

*To the Clerk:*

Please withdraw my appearance for respondents in the above-captioned matter,

AMY ZAPP
Senior Deputy Attorney General
Attorney I.D. No. 28065

**D. MICHAEL FISHER**
Attorney General

WILLIAM H. RYAN, JR.
Executive Deputy Attorney General
Director, Criminal Law Division

ROBERT A. GRACI
Assistant Executive Deputy Attorney General
Law and Appeals

**OFFICE OF ATTORNEY GENERAL**
**Capital Litigation Unit**
16th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 705-6964
Fax: (717) 783-5431
E-MAIL: azapp@attorneygeneral.gov

DATE: June 21, 2001

FILED
HARRISBURG
JUN 21 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE ARNOLD,<br>Petitioner | : | CIVIL NO. 1:00-CV-0775 |
| v. | : | (JUDGE KANE) |
| FREDERICK FRANK, *et al.*,<br>Respondents | : | (MAGISTRATE JUDGE SMYSER) |

### CERTIFICATE OF SERVICE

AND NOW, this **21st** day of **June, 2001**, I, AMY ZAPP, Senior Deputy Attorney General, counsel for the respondents, hereby certify that I served the foregoing **Praecipe for Withdrawal of Appearance** by causing a copy of the same to be placed in the United States mail, first class postage prepaid, at Harrisburg, PA, addressed to counsel for petitioner as follows:

> Daniel I. Siegel, Esquire
> Assistant Federal Public Defender
> 100 Chestnut Street, Suite 306
> Harrisburg, PA  17101

AMY ZAPP
**Senior Deputy Attorney General**