

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

October 22, 2002

Todd K. Hinkley, Esquire
District Attorney's Office
Bradford County Courthouse
301 Main Street
Towanda, PA 18848

    IN RE:    Dale Arnold vs. Frederick Frank, et al.
                  1:CV-00-0775

Dear Mr. Hinkley:

    Pursuant to the Court's Order dated October 11, 2002, issued by the Honorable Yvette Kane, this matter has been closed. I have enclosed a certified copy of the Court's Order for your review.

    I am enclosing the trial transcripts forwarded to our Court by your office as ordered by Magistrate Judge J. Andrew Smyser's Order dated September 27, 2000. His order stated that these transcripts be returned to the Bradford County Clerk of Court when this case is closed. I have also enclosed a copy of your Inventory of Trial Transcript which you provided our Court for reference purposes.

    Please acknowledge receipt of these records at the bottom portion of this letter and return to our office at your earliest convenience. Thank you for your consideration in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Ann Severino-Michael
Courtroom Deputy

FILED
HARRISBURG, PA
OCT 29 2002
MARY E. D'ANDREA/CLERK
Per _____

Enclosure(s)

<u>RECEIPT</u>

    I, hereby acknowledge receipt of the above-mentioned documents this 23rd day of OCTOBER, 2002.

_____
Signature