*TPO to cnsl for appellant*



ORIGINAL

# NOTICE OF APPEAL TO
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Middle District of Pennsylvania (Harrisburg)

FULL CAPTION IN DISTRICT COURT:     Circuit Court Docket No. _____

DALE ARNOLD

    District Court
    Docket No. ___1:00-CV-00775___

v.

    District Court
FREDERICK FRANK, et al.    Judge _____Yvette Kane_____

FILED
HARRISBUR
NOV 0 6 20
MARY E. D'ANDRE
Per _____
Deputy C

Notice is hereby given that ____Dale Arnold____ appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment; [X] Order; [ ] Other (Specify) ____Dismissing Petition for Writ of Habeas Corpus____ entered in this action on ___October 11, 2002___.

DATED: November 6, 2002

_Daniel J. Siegel_ (signature)
(Counsel for Appellant-signature)

| | |
|---|---|
| Daniel I. Siegel, Esquire | Stephen G. Downs, Esquire |
| (Name of counsel-Typed) | (Counsel for Appellee) |
| | |
| Federal Public Defender's Office | Bradford County Courthouse |
| (Address) | (Address) |
| | |
| 100 Chestnut Street, Suite 306 | 301 Main Street |
| | |
| Harrisburg, PA 17101 | Towanda, PA 18848 |
| | |
| (717) 782-2237 | (570) 265-1712 |
| (Tel. No. - FTS or Other) | (Tel. No. - FTS or Other) |

## **CERTIFICATE OF SERVICE**

I, Daniel I. Siegel, of the Federal Public Defender's Office, do hereby certify that on this date I served a copy of the foregoing **NOTICE OF APPEAL** by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

> Stephen G. Downs, Esquire
> Bradford County District Attorney
> Bradford County Courthouse
> 301 Main Street
> Towanda, PA 18848

> Dale Arnold
> Inmate No, AK-5044
> SCI Huntingdon
> 1100 Pike Street
> Huntingdon, PA 16654-1112

Date: November 6, 2002

DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Dale Arnold

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

| | |
|---|---|
| CAPTION: | DISTRICT COURT NO. <u>1:CV-00-0775</u> |
| DALE ARNOLD<br>        Vs<br>FREDERICK FRANK, et al. | CT. OF APPEALS NO. _____ |
| NOTICE OF APPEAL FILED November 6, 2002 | COURT REPORTER(S) _____ |

FILING FEE:

NOTICE OF APPEAL ___PAID  _X_NOT PAID  ___SEAMAN

DOCKET FEE      ___PAID  _X_NOT PAID  ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
X  DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> STATUS, IF APPLICABLE:
        (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:
Judge Yvette Kane
Magistrate Judge J. A. Smyser
Dale Arnold
Daniel Isaiah Siegel, Esquire, FPD
Francis R. Filipi, Esquire, Office of Atty Gen
Stephen G. Downs, Esquire, DA's Office, Bradford County
Todd K. Hinkley, Esquire, DA's Office, Bradford County
Amy Zapp, Esquire, Office of Atty Gen
Ronald T. Williamson, Esquire, Office of Atty Gen
File Copy

                                    PREPARED BY ___Virginia Gilmroe___
                                                Deputy Clerk

Date: November 7, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

*Divisional Offices:*

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:     DALE ARNOLD Vs FREDERICK FRANK, et al.
        USDC NO: 1:CV-00-0775
        USCA NO:
        E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__       **Civil Prisoner Case: Case file and docket sheet available through RACER.**

_____      **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

_____      **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.**

_____      **Civil Prisoner Case: _____ Supplemental Record filed.  Documents and docket sheet available through RACER.**

_____      **Non-Prisoner Civil Case or Criminal Case: _____ Supplemental Record filed.  Docket Sheet available through RACER.**

        The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

                                        Very truly yours,

                                        s/ Virginia Gilmore
                                        Deputy Clerk
Date:   11/07/02