## Return Receipt

| | |
|---|---|
| Your document: | 1:00cv0775 Notice of Appeal |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 11/07/2002 01:37:25 PM |

**FILED**
HARRISBURG, PA

NOV 0 7 2002

MARY E. D'ANDREA, CLERK
Per _____
           Deputy/Clerk