OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4119

November 8, 2002

NOTICE OF DOCKETING OF APPEAL

Dale Arnold

v.

**Frederick Frank, et al**

No.: 00-cv-00775

**Honorable Yvette Kane**

FILED
HARRISBURG, PA
NOV 8 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

An appeal by **(Dale Arnold)** was filed in the above-caption case on (11/06/02), and docketed in this Court on (11/08/02), at No. **(02-4112)**.

Kindly use the Appeals Docket No. **(02-4112)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **(Chiquita Dyer)** at (Chiquita Dyer)@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron
Clerk**