CPS-178                                                    April 17, 2003
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. <u>02-4112</u>

DALE ARNOLD,
     Appellant

   vs.

FREDERICK FRANK; ET AL.

   (M.D. PA. CIV. NO. 00-CV-00775)

Present: NYGAARD, FUENTES AND GREENBERG, <u>CIRCUIT JUDGES</u>

> Submitted is Appellant's application for a certificate of appealability under
> 28 U.S.C. § 2253(c)(1)
>
> in the above-captioned case.
>
>                        Respectfully,
>
>                        Clerk

MMW/JDM/cmd

_____ORDER _____

The foregoing request for a certificate of appealability is denied, as Appellant has failed to make a "substantial showing of the denial of a constitutional right" on his claim that trial counsel rendered ineffective assistance in failing to object to the psychologist's testimony at trial. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Miller-el v. Cockrell</u>, 123 S. Ct. 1029, 1039-40 (2003).

A TRUE COPY:

*Kathleen Brown*
Kathleen Brouwer,
Chief Deputy Clerk

Dated: MAY 6 - 2003

By the Court,

_____
Circuit Judge

CMD/cc: DIS
      RTW

1 → to ct

OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA, PA 19106-1790

MARCIA M. WALDRON

CLERK

TELEPHONE

215-597-2995

**Harrisburg**  Clerk of District Court

(District)

Date____**05/6/03**_____

**Arnold v. Frank et al**_____

(Caption)

C. of A. No.____**02-4112**_____

**Dale Arnold**

(Appellant)

RECEIVED

**Civil No. 00-cv-00775**     *J. Kane*

(D.C. No.)

MAY 1 2 2003

*GV*

MARY E. D'ANDREA, CLERK

Enclosures:

_____**05/6/03**_____  Certified copy of C. of A. Order by the **Court**/Clerk

(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

_____  Chiquita Dyer_____  (267)-299-_4919___

Case Manager            Telephone Number

Receipt Acknowledge:

_____ *ackn'd 5/12-03*_____

(Name)

_____

(Date)

Rev. 4/3/03

Appeals (Certified List in Lieu of Record)