# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

August 6, 2003

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

AUG 1 1 2003

*CV-00-775*

Re:  Dale Arnold
v. Kenneth D. Kyler, Superintendent, State Correctional
Institution at Huntingdon, et al.
No. 03-5697
(Your No. 02-4112)

**FILED**
**HARRISBURG, PA**

AUG 1 5 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on
August 1, 2003 and placed on the docket August 6, 2003 as No. 03-5697.

Sincerely,

**William K. Suter**, Clerk

by

Jennifer Sutton
Case Analyst