# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001



William K. Suter
Clerk of the Court
(202) 479-3011

October 6, 2003

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106

RECEIVED
OCT 1 4 2003

Re:  Dale Arnold
v. Kenneth D. Kyler, Superintendent, State Correctional
Institution at Huntingdon
No. 03-5697
(Your No. 02-4112)

FILED
HARRISBURG, PA
OCT 2 0 2003
MARY E. D'ANDREA, CLERK
Per _____

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K Suter

William K. Suter, Clerk

Received & Filed
10-14-03
Marcia Waldron, Clerk